1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TRUSTEES OF THE ROBERT F.          )   Case No. CV 13-4184 FMO (Ex)
    KENNEDY FARM WORKERS MEDICAL )
12  PLAN,                              )
                                       )
13              Plaintiffs,            )   **JUDGMENT**
                                       )
14          v.                         )
                                       )
15  THE CALIFORNIA MUSHROOM FARM,      )
    INC.,                              )
16                                     )
                Defendants.            )
17  _____  )

18          Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS HEREBY

19  ADJUDGED that:

20          1.   Default judgment shall be entered in favor of plaintiffs Trustees of the Robert F.

21  Kennedy Farm Workers Medical Plan and against defendant The California Mushroom Farm, Inc.

22  In the amount of $860,596.73 for unpaid contributions, liquidated damages, interest, attorney's

23  fees and costs.  The total amount is allocated as follows:

24          A.      Unpaid contributions in the amount of $704,373.68;

25          B.      Interest in the amount of $28,644.08;

26          C.      Liquidated damages in the amount of $105,656.05;

27          D.      Attorney's fees in the amount of $20,373.48; and

28          F.      Legal costs in the amount of $1,549.44.

1      2.  Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to

2   make it operative in any future proceedings.

3   Dated this $^{22}$ day of October, 2013.

4

5                                                                /s/
                                    _____
                                              Fernando M. Olguin
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2